**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 06-6411**

─────────────

DEVINCHE ALBRITTON,

Plaintiff - Appellant,

versus

THOMAS S. WILLIAMS, Sergeant, Virginia Beach
Sheriff's Office; EDWARD C. RONAN, Master
Deputy, Virginia Beach Sheriff's Office,

Defendants - Appellees,

and

PAUL LANTEIGNE, Sheriff; VIRGINIA BEACH
SHERIFF'S OFFICE; CORPORAL KNOX, Virginia
Beach Sheriff's Office; CORPORAL RANDOLPH,
Virginia Beach Sheriff's Office; PAMELLA K.
BUSSE, Deputy, Virginia Beach Sheriff's
Office; ERIC M. CALHOUN, Deputy, Virginia
Beach Sheriff's Office; B. STROMER, Deputy,
Virginia Beach Sheriff's Office,

Defendants.

─────────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Jerome B. Friedman, District
Judge. (2:05-cv-00344-JBF)

─────────────

Submitted: August 31, 2006          Decided: September 6, 2006

─────────────

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

---

DeVinche Albritton, Appellant Pro Se.  Jeff Wayne Rosen, Lisa Ehrich, PENDER & COWARD, P.C., Virginia Beach, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

DeVinche Albritton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Albritton v. Williams</u>, No. 2:05-cv-00344-JBF (E.D. Va. Feb. 28, 2006). We deny Albritton's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>